1  ANDREW L. PACKARD (State Bar No. 168690)
   WILLIAM N. CARLON (State Bar No. 305739)
2  Law Offices of Andrew L. Packard
   245 Kentucky Street, Suite B3
3  Petaluma, CA 94952
   Tel: (707) 782-4060
4  Fax: (707) 782-4062
   E-mail: andrew@packardlawoffices.com
5          wncarlon@packardlawoffices.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>ELDER CREEK TRANSFER & RECOVERY, INC.,<br><br>    Defendant. | No. 2:19-cv-01934-TLN-CKD<br><br>STIPULATED REQUEST FOR SETTLEMENT CONFERENCE AND ORDER;<br><br>**Complaint filed: September 23, 2019** |

WHEREAS, the parties are interested in resolving this matter without unnecessary litigation;

WHEREAS, on September 18, 2019, the parties conducted a settlement-protected site inspection at Defendant's facility in Sacramento, CA;

WHEREAS, on October 1, 2019, CSPA provided Elder Creek Transfer & Recovery, Inc. with a letter outlining CSPA's settlement demand;

WHEREAS, Defendant has committed to making best efforts to provide a written response to Plaintiff's demand, including a mark-up of the draft consent decree, on or before November 1, 2019;

WHEREAS, the parties have contacted Magistrate Judge Newman's clerk and obtained Judge Newman's agreement to convene a settlement conference on December 18, 2019.

THEREFORE, the parties request that the Court order the parties to participate in a settlement conference with Magistrate Judge Newman on December 18, 2019 at 9:00 a.m.;

DATED: October 15, 2019 /s/William N. Carlon
William N. Carlon
Attorneys for Plaintiff
California Sportfishing Protection Alliance

DATED: October 15, 2019 /s/Thomas M. Bruen
Thomas M. Bruen
Attorney for Defendant
Elder Creek Transfer & Recovery, Inc.

## **ORDER**

The parties are ORDERED to participate in a settlement conference with Magistrate Judge Newman on December 18, 2019 at 9:00 a.m. in Courtroom 25, on the 8th floor of the Robert T. Matsui United States Courthouse located at 501 I Street in Sacramento, California.

DATED: October 15, 2019

Troy L. Nunley
United States District Judge