ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELDER CREEK TRANSFER & RECOVERY INC.<br><br>Defendant. | Case No. 2:19−CV−01310−TLN−CKD<br><br>**STIPULATED AMENDMENT TO SETTLEMENT AGREEMENT** |

**WHEREAS**, Plaintiff California Sportfishing Protection Alliance (hereinafter "CSPA") is a non-profit public benefit corporation dedicated to the preservation, protection, and defense of the environment, wildlife, and natural resources of California's waters;

**WHEREAS**, Defendant Elder Creek Transfer & Recovery Inc. (hereinafter "Republic Services" or "Defendant") operates a 19.26-acre waste transfer station located at 8642 Elder Creek Road, in Sacramento, California ("the Facility");

**WHEREAS,** CSPA and Defendant collectively shall be referred to as the "Parties;"

**WHEREAS**, the Facility collects and discharges storm water generated from within the Facility into storm water conveyances which discharge into the City of Sacramento's storm water drainage system, which then discharges to Morrison Creek, which discharges to the Sacramento

River, and the Sacramento-San Joaquin Delta (a map of the Facility is attached hereto as **Exhibit A** and incorporated herein by reference). Morrison Creek, the Sacramento River, and the Sacramento-San Joaquin Delta are waters of the United States within the meaning of the Clean Water Act;

**WHEREAS**, storm water discharges associated with industrial activity are regulated pursuant to the National Pollutant Discharge Elimination System ("NPDES"), General Permit No. CAS000001, State Water Resources Control Board ("State Board") Water Quality Order No. 14-57-DWQ, issued pursuant to Section 402(p) of the Clean Water Act ("Act"), 33 U.S.C. §1342(p), (hereinafter "General Permit") and, prior to July 1, 2015, were regulated by Water Quality Order No. 91-13-DWQ, as amended by Water Quality Orders 92-12-DWQ and 97-03-DWQ;

**WHEREAS**, on or about July 23, 2019, Plaintiff provided notice of Defendant's alleged violations of the Act, and of its intention to file suit against Defendant to the Administrator of the United States Environmental Protection Agency ("EPA"); the Administrator of EPA Region IX; the U.S. Attorney General; the Executive Director of the State Board; the Executive Officer of the Regional Water Quality Control Board, Central Valley Region ("Regional Board"); and to Defendant, as required by the Act, 33 U.S.C. § 1365(b)(1)(A);

**WHEREAS**, on or about September 23, 2019, CSPA filed its complaint against Defendant in the United States District Court, Eastern District of California ("the Action");

**WHEREAS**, in an effort to resolve this matter as to all entities and persons named in the Action without litigation, the Parties entered into a Settlement Agreement ("Agreement") on or about January 27, 2020;

**WHEREAS,** on March 17, 2020 (the "Court Entry Date"), the United States District Court, Eastern District of California dismissed the Action pursuant to Federal Rule of Civil Procedure 41(a)(2) concurrently with the District Court's retention of jurisdiction for the enforcement of the Agreement;

**WHEREAS**, for the past several months the Parties have met and conferred to amend the

terms of the Agreement relating to the re-direction of storm water flows from the Facility's roof drainage system and the creation of a large storm water infiltration/retention basin;

**WHEREAS,** Section III. 30 of the Agreement permits amendment to the Agreement "only by a writing signed by the Parties or their authorized representatives."

**AND WHEREAS**, within five (5) calendar days of mutual execution, this Amendment shall be courtesy copied by Plaintiff's counsel to the United States Environmental Protection Agency United States Department of Justice (See, 33 U.S.C. § 1365(c)).

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the Parties that the Agreement is hereby modified as follows:

- At Section I.2(g), where it currently states:

*(g)* ***Re-Direction of Downspout Discharges.*** Should storm water sampling for 2020-2021 Wet Season show that ECTR has not met, for that wet season, the General Permit NALs for each of the parameters in Exhibit D despite the resurfacing of the paved areas pursuant to Paragraph 2(a) and implementation of the other BMPs described in this Paragraph 3, ECTR shall, on or before October 1, 2021, spend up to $100,000 in design and construction to redirect storm water flows from the approximately fifteen (15) downspouts on the main Facility building to one or more subsurface conveyances to avoid, to the extent practicable, the co-mingling of such flows with storm water falling on, and traveling across, the non-roof surfaces of the Facility prior to discharge. Should ECTR be unable to accomplish this goal for a total cost within the $100,000 limit, ECTR will implement the redirection of storm water flows from the Facility building roof to the extent practicable for a cost of, but not to exceed, $100,000 by the October 1, 2021 deadline.

*This term is hereby REPLACED with the following term, and a new **Exhibit E**, attached hereto:*

*(g)* ***Re-Direction of Downspout Discharges to Infiltration/Retention Basin.*** On or before September 1, 2022, Republic Services shall install a storm water capture system directing all storm water flows from the approximately fifteen (15) downspouts on the main Facility

building to an infiltration/retention basin ("Basin") as shown on **Exhibit E.** The total retention basin footprint will be approximately 175'x300' (~1.25 Acre). The basin will have retention capacity of approximately 15-acre feet of stormwater. The basin will be located in the existing open field adjacent (west) to the existing scale/scale house. Stormwater surface flows from the industrial activity areas of the facility to the retention basin and other infrastructure to deliver stormwater to the retention basin are shown on Exhibit E. To facilitate monitoring of the Basin, a gauge shall be installed to inform the Facility managers of the capacity of the Basin at all times during the Wet Season. The Basin shall be inspected weekly for any needed maintenance or repairs, and thoroughly cleaned of all debris in September of each year.

- *At Section IV.19, where it currently states:*

**19.** The Agreement shall be effective upon mutual execution by all Parties. The Agreement shall terminate on the "Termination Date," which shall be October 31, 2022.

*This term is hereby REPLACED with the following term*

**19.** The Agreement shall be effective upon mutual execution by all Parties. The Agreement shall terminate on the "Termination Date," which shall be **October 31, 2023**.

- *After Section II.11, the following new Section II.11(a) is added:*

**11.(a) Supplemental Mitigation Payment In Lieu Of Civil Penalties Under the Clean Water Act.** As supplemental mitigation to address any potential harms from the Clean Water Act violations alleged in the Action, Defendant agrees to pay the sum of $10,000 to the Rose Foundation for Communities and the Environment ("Rose Foundation") for projects to improve water quality in Morrison Creek, the Sacramento River, and the Sacramento-San Joaquin Delta. The mitigation payment shall be remitted directly to the Rose Foundation at: Rose Foundation, Attn: Tim Little, 201 4th Street, Suite 102, Oakland, CA 94607 within thirty (30) days of the mutual execution of this amendment by counsel listed below.

- *After Section II.12, the following new Section II.12(a) is added:*

**12.(a) Supplemental Compliance Monitoring Funding.** To defray CSPA's reasonable

investigative, expert, consultant and attorneys' fees and costs associated with monitoring Defendant's compliance with this Agreement, as Amended, Defendant agrees to pay $5,000 for compliance monitoring conducted by counsel for CSPA. Payment shall be made payable to the "Law Offices of Andrew L. Packard Attorney-Client Trust Account" and remitted to Plaintiff's counsel at the Notice address within ten (10) days of the mutual execution of this amendment by counsel listed below.

- *After Section II.13, the following new Section II.13(a) is added:*

**13.(a)  Reimbursement of Fees & Costs.**  Defendant agrees to reimburse CSPA the amount of $6,000 to defray CSPA's reasonable investigative, expert, consultant, and attorneys' fees and costs, and all other costs incurred in the course of negotiating revised injunctive terms to resolve technical issues arising after the Parties' January 27, 2020 Agreement. Payment shall be made payable to the "Law Offices of Andrew L. Packard Attorney-Client Trust Account" and remitted to Plaintiff's counsel at the Notice address within ten (10) days of the mutual execution of this amendment by counsel listed below.

| | |
|---|---|
| Dated: August 20, 2021 | Respectfully submitted,<br>LAW OFFICES OF ANDREW L. PACKARD<br><br>By: /s/ Andrew L. Packard<br>Andrew L. Packard<br>Attorneys for Plaintiff<br>California Sportfishing Protection Alliance |
| Dated: August 20, 2021 | LAW OFFICES OF THOMAS M. BRUEN<br><br>By: /s/ Thomas M. Bruen<br>Thomas M. Bruen<br>Attorneys for Defendant<br>Elder Creek Transfer Station |

### ATTESTATION FOR E-FILING

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other Signatory prior to filing.

Dated: August 20, 2021                                              By: /s/ Andrew L. Packard

**EXHIBIT A – Facility Site Map**



Facility Location - Figure 1
Location: Elder Creek Transfer & Rec...
Address: 8642 Elder Creek Road
Sacramento, California
Elder Creek Transfer Station



Stormwater Conveyance - Fig...
Location: Elder Creek Transfer &...
Address: 8642 Elder Creek Road, Sacramento, California





**EXHIBIT E – Retention Basin**

